**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02171-CMA-KMT

BERNARD KENNETH RIVERS, JR.-EL,

    Plaintiff,

v.

JAMES HARTMANN, Judge, 19th Judicial Court, Weld County, Colorado,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING SEPTEMBER 27, 2011 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Kathleen M. Tafoya, pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. On September 27, 2011, the Magistrate Judge issued a Recommendation (Doc. # 12) concerning Plaintiff's "Motion for Default Judgment" (Doc. # 10.) The Magistrate Judge recommended that Plaintiff's default judgment motion be denied. Plaintiff, proceeding *pro se*, filed timely objections on September 28, 2011. (Doc. # 15.)

Upon *de novo* review of this matter, the Court agrees with the Magistrate Judge. When a defendant fails to "plead or otherwise defend," default must be entered by the Clerk of the Court. Fed. R. Civ. P. 55(a). Thereafter, the prevailing party may request that the court enter judgment. *See* Fed. R. Civ. P. 55(b)(2). As the Magistrate Judge correctly found, Defendant did not fail to plead or otherwise defend against Plaintiff's

claims, as he filed a Motion to Dismiss on September 22, 2011.  (Doc. # 8.)  In his objections, Plaintiff fails to raise any new issues of law or fact warranting a result different from that reached by the Magistrate Judge in her Recommendation.

Therefore, Plaintiff's Objections (Doc. # 15) are OVERRULED and the Court hereby ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that Plaintiff's Motion for Default Judgment (Doc. # 10) is DENIED.

DATED:  January   30   , 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge