**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02171-CMA-KMT

BERNARD KENNETH RIVERS, JR.-EL,

      Plaintiff,

v.

JAMES HARTMANN, Judge, 19th Judicial Court, Weld County, Colorado,

      Defendant.

---

**ORDER ADOPTING AND AFFIRMING FEBRUARY 16, 2012
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

      This matter is before the Court on the February 16, 2012 Recommendation of United State Magistrate Judge Kathleen M. Tafoya (Doc. # 31), in which she recommended that Defendant's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) (Doc. # 8) be granted for lack of subject-matter jurisdiction and for failure to state a claim.  On March 2, 2012, Plaintiff, proceeding *pro se*, filed timely objections to the Recommendation.[1]  (Doc. # 33.)

      In light of these objections, the Court has conducted the requisite *de novo* review of the issues, the Recommendation, and Plaintiff's objections.  Based on this *de novo* review, the Court concludes that the Magistrate Judge's thorough and comprehensive

---

[1]  When a magistrate judge issues a recommendation on a dispositive matter, a district court judge is required to "determine *de novo* any part of the magistrate judge's [recommendation] that has been properly objected to."  Fed. R. Civ. P. 72(b)(3).

analyses and recommendations are correct.  Plaintiff fails to raise any new issues of law

or fact warranting a result different from that reached by the Magistrate Judge in her

Recommendation.[2]  Therefore, Plaintiff's objections (Doc. # 33) are OVERRULED and

the Court hereby ADOPTS the Recommendation of the United States Magistrate Judge

as the findings and conclusions of this Court.

Accordingly, it is ORDERED that:

(1)     Defendant's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6)

(Doc. # 8) be GRANTED;

(2)     Plaintiff's Motion for Summary Judgment (Doc. # 19) be DENIED AS

MOOT; and

(3)     This case be CLOSED.

DATED:  March __16__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[2]  Instead, Plaintiff asserts that the Magistrate Judge lacks the authority to issue orders because Plaintiff never consented to proceedings before the Magistrate Judge.  This argument ignores the fact that the Magistrate Judge issued a recommendation, not an order.  (Doc. # 31.)  Under 28 U.S.C. § 636(b)(1), a district judge may refer a motion to dismiss to a magistrate judge for proposed findings and recommendations.  Here, the Magistrate Judge issued her Recommendation pursuant to this Court's order of reference.  (Doc. # 9.)